UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-cv-23799-Middlebrooks/Brannon

ARRIVALSTAR SA, and
MELVINO TECHNOLOGIES LIMITED,

     Plaintiffs,

v.

AFC WORLDWIDE EXPRESS, INC.,

     Defendant.
_____/

## ORDER ACCEPTING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties Stipulation for Dismissal with Prejudice (DE 20) ("Stipulation"), filed March 7, 2013. I have reviewed the Stipulation and am otherwise fully advised in the premises. The Parties filed this Stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). I have reviewed the Stipulation and the record on the matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Stipulation (DE 20) is hereby **ACCEPTED**.

It is further **ORDERED AND ADJUDGED** that:

1. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**;
2. All Pending Motions are hereby **DENIED as MOOT**;
3. Each Party shall bear her or its own attorneys' fees and costs;
4. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __8__ day of March, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record